United States District Court
Southern District of Texas
**ENTERED**
January 31, 2024
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| RICHARD ROEGNER, | § | Civil Action No |
| Plaintiff, | § | 4:23-cv-03961 |
| | § | |
| | § | |
| vs. | § | Judge Charles Eskridge |
| | § | |
| | § | |
| JOSEPH CONTI and | § | |
| CHEF HUNAN BO INC, | § | |
| Defendants. | § | |

## Order

Plaintiff Richard Roegner has provided notice of settlement of his claims against Defendants Joseph Conti and Chef Hunan Bo Inc. Dkt 11.

All claims by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendants if approval of documentation or condition precedent fails.

So ordered.

Signed on January 31, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge